UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80065-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**SEBASTION TARLESS**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 93]. On August 2, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Counts One, Six and Seven of the Indictment [ECF No. 35] pursuant to a written plea agreement and factual proffer statement [ECF No. 90]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 93]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 93] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Sebastion Tarless as to Counts One, Six and Seven of the Indictment is **ACCEPTED**;

3. Defendant Sebastion Tarless is adjudicated guilty of Counts One, Six, and Seven of the Indictment. Count One charges Tarless with knowingly attempting to aid and assist an

CASE NO. 21-80065-CR-CANNON

inadmissible alien to enter the United States in violation of 8 U.S.C. § 1327 and 18 U.S.C. § 2. Count Six charges Tarless with failure to heave, in violation of 18 U.S.C. § 2237(a)(1). And Count Seven charges Tarless with attempted reentry into the United States by a previously deported person, in violation of 8 U.S.C. § 1326(a).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 30th day of August 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record